IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02623-NYW

DEJA LOBATO-HERNANDEZ,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
JOSEPH AUSTIN,
CRAIG PENSON,
JOSHUA FRANK,
ALLEN BROWN,
JAMES GRIMES, and
TRACEY DODSON,

    Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FORM**

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c) and 28 U.S.C. § 636(c)(1).

    IT IS ORDERED:

    1.  The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**January 19, 2016 at 2:00 p.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    2.  A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of

Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference:

**January 12, 2016**

3. The parties shall complete and file the Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**January 5, 2016**

DATED: December 10, 2015

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge