**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02623-NYW

DEJA LOBATO-HERNANDEZ,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

**ORDER ON MOTION TO DISMISS AND UNOPPOSED MOTION TO STAY
DISCOVERY AND VACATE SCHEDULING/PLANNING CONFERENCE**

---

Magistrate Judge Nina Y. Wang

    This matter is before the court on Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") [#16, filed December 9, 2015] and Defendants' Unopposed Motion to Stay Discovery and Vacate Scheduling/Planning Conference ("Motion to Stay") [#21, filed on December 15, 2015].

    On November 6, 2015, Plaintiff filed a Complaint against Defendants in Denver County District Court. [*See* #3 at 1]. On December 2, 2015, Defendants filed a Notice of Removal of the case to this court. [#1]. Plaintiff's Complaint was docketed in this court on that same day. [#2]. In lieu of answering the Complaint, Defendants filed a Motion to Dismiss Plaintiff's Complaint on December 9, 2015. [#16]. On December 17, 2015, Plaintiff filed a First Amended Complaint as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1)(B). [#22]. Because the First Amended Complaint is now the operative complaint in this case, *see Harper v. Receivables*

*Performance Mgmt., LLC*, No. 12-CV-02443-PAB-KMT, 2013 WL 4510314, at *4 (D. Colo. Aug. 26, 2013), Defendants' Motion to Dismiss Plaintiff's Complaint [#16] is **DENIED AS MOOT**.

Prior to the filing of Plaintiff's Amended Complaint, on December 15, 2015, Defendants filed an Unopposed Motion to Stay Discovery and Vacate Scheduling/Planning Conference ("Motion to Stay"). [#21]. In the Motion to Stay, Defendants requested that the court vacate the Scheduling Conference set for January 19, 2016 and the deadlines associated with the Scheduling Conference under Fed. R. Civ. P. 26. [*See id.* at 21]. Defendants also requested a stay of discovery. [*Id.*]. Defendants argue that this relief is necessary pending a ruling on their Motion to Dismiss because the individually named Defendants are entitled to qualified immunity and that qualified immunity should protect them from the entire suit, including the burdens of pretrial discovery. [*Id.* at 2-3].

Although the Motion to Dismiss has been denied as moot, the court will nonetheless grant in part and deny in part the Motion to Stay. The court **GRANTS IN PART** Defendants' request to vacate the Scheduling Conference set for January 19, 2016 and **CONVERTS** the Scheduling Conference to a Status Conference. The court will address the request for a stay with the parties during the status conference. The court notes, however, that the **January 5, 2016** deadline for the parties to submit a Consent/Nonconsent form regarding the jurisdiction of the Magistrate Judge remains in place.

Accordingly, **IT IS ORDERED** that:

1. Defendants' Motion to Dismiss Plaintiff's Complaint [#16] is **DENIED** as **MOOT**;

2. Defendants' Unopposed Motion to Stay Discovery and Vacate Scheduling/Planning Conference is **GRANTED IN PART** and **DENIED IN PART**;

3. The Scheduling Conference set for **January 19, 2016 at 2:00 p.m.** is **CONVERTED** into a Status Conference to take place on the same date and time; and

4. The parties are ordered to file the Consent/Nonconsent form indicating either unanimous consent of the parties or that consent has been declined, on or before **January 5, 2016**.

DATED: December 22, 2015              BY THE COURT:

                                      s/Nina Y. Wang_____
                                      Nina Y. Wang
                                      United States Magistrate Judge