IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 15-cv-02623-NYW | Date: March 15, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| DEJA LOBATO-HERNANDEZ, by and through her legal guardian Stella J. Hernandez, | *Daniel P. Gerash* <br> *Michael West Blanton* |
| **Plaintiff,** | |
| v. | |
| CITY AND COUNTY OF DENVER, et al | *Cristina Pena Helm* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**ORAL ARGUMENT**

Court in Session: 2:00 p.m.

Appearance of counsel.

Argument and discussion held on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [30] filed January 7, 2016.

**ORDERED: Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [30] is argued, submitted and TAKEN UNDER ADVISEMENT.**

Court in Recess: 2:28 p.m.          Hearing concluded.          Total time in Court: 00:28

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.